UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Emmanuel Lee Dunkins**  Docket No. 5:20-CR-134-1D

**Petition for Action on Supervised Release**

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Emmanuel Lee Dunkins, who, upon an earlier plea of guilty to 18 U.S.C. § 922(n) and 18 U.S.C. § 924(a)(1)(D), Receipt of a Firearm While Under Felony Indictment, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on September 9, 2020, to the custody of the Bureau of Prisons for a term of 15 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Emmanuel Lee Dunkins was released from custody on April 21, 2021, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was cited for Simple Possession of Schedule VI CS (M) in Vance County, NC, on October 2, 2021. The defendant submitted a urinalysis sample which tested positive for marijuana on October 7, 2021. The defendant admitted to using marijuana on October 2, 2021.

The defendant agreed to complete 10 hours of community service as a sanction for his new criminal conduct. The defendant has been referred back to Daymark Recovery Services for substance abuse counseling. The defendant's substance use will continue to be monitored through the Surprise Urinalysis Program. The court will be notified of any future violations of his supervision.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 10 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Julie W. Rosa<br>Julie W. Rosa<br>Supervising U.S. Probation Officer | /s/ Peter J. Yalango<br>Peter J. Yalango<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 910-354-2546<br>Executed On: October 13, 2021 |

Emmanuel Lee Dunkins
Docket No. 5:20-CR-134-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __14__ day of __October__, 2021, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge